IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISON

| | | |
|---|---|---|
| SUSAN OLNEY, | : | Civil Action No. 3:06-CV-144 |
| Plaintiff, | : | |
| vs. | : | |
| ASSET ACCEPTANCE L.L.C., | : | |
| Defendant. | : | |

DISMISSAL WITH PREJUDICE

Plaintiff by her attorney Ray Johnson hereby dismisses the above-captioned matter with prejudice. Plaintiff signs out for any costs owed to her.

Respectfully submitted,

*/s/ Ray Johnson*
RAY JOHNSON
PK2868344
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com